Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235
e-mail: thimesch@sbcglobal.net

GENE A. FARBER, ESQ. (No. 44215)
LAW OFFICES OF GENE A. FARBER
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

Attorneys for Plaintiffs
RUSS BOHLKE and ISC, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA; and DOES 1-50, Inclusive,<br><br>            Defendants.<br>_____ / | CASE NO. C06-1667 MMC<br>Civil Rights<br>[CLASS ACTION]<br><br>**PLAINTIFF'S FIRST REQUEST TO PERMIT THE FILING OF A SECOND AMENDED COMPLAINT AND TO ENLARGE SCHEDULING ORDER; [Proposed] ORDER**<br><br>Case Management Conference:<br>Date:    May 26, 2006<br>Time:   10:30 AM<br>Place:   Courtroom 7, 19th Floor<br>            Hon. Maxine M. Chesney |

**YOUR HONOR:**

This is a first request to enlarge the Scheduling Order. Plaintiff requests 60 days. No defendants have appeared. Plaintiff seeks additional time to permit amendment of the Complaint and to affect service.

This is an action under the ADA and California law alleging that defendants employ discriminatory policies, practices and procedures in evaluating the disabled for their driving safety tests.

The proposed amended complaint, which is attached at **Exhibit 1**, corrects several material factual allegations concerning the course of DMV's evaluation of plaintiff Russ

Thimesch Law Offices
171 Front Street
Suite 102
Danville, CA 94526
(925) 855-8235

**Plaintiff's First Request to Enlarge Scheduling Order and Permit Amended Complaint; Order:**
**Case No. C06-1667 MMC**

1  Bohlke. It also clarifies that plaintiffs' government claim has now been denied by operation of
2  law, and that statutory damages are now sought under all state law claims.
3      If the Second Amended Complaint is allowed, plaintiff will complete service by June 10,
4  2006.
5      Plaintiff requests enlargement of the following further dates:
6  1. Enlarge the last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan
7  from May 12, 2006 to .......................................................................... July 11, 2006
8  2. Enlarge the last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management
9  Statement, and file/serve Rule 26(f) Report from May 26, 2006
   to ................................................................................................ July 25, 2006
10
11  3. Set the Case Management Conference for ..................... July 28, 2006 at 10:30 AM

12  Dated: June 1, 2006                    Respectfully,
13                                          THIMESCH LAW OFFICES
                                            TIMOTHY S. THIMESCH
14
15                                          [signature]
16                                          Attorneys for Plaintiffs
17
18                                          **ORDER**
19  SO ORDERED, with the exception that the Case Management Statement shall be filed no later
20  than July 21, 2006.
21      .
22
23  Dated: June 1, 2006                    [signature]
                                            HON. MAXINE M. CHESNEY
24                                          Judge of U.S. District Court

Thimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE, CA 94526
(925) 855-8235

Plaintiff's First Request to Enlarge Scheduling Order and Permit Amended Complaint; Order:
Case No. C06-1667 MMC                                                       — 2 —