| | |
|---|---|
| 1  BILL LOCKYER, Attorney General<br>    of the State of California<br>2  MIGUEL A. NERI<br>   FIEL D. TIGNO<br>3     Supervising Deputy Attorneys General<br>   WILLIAM J. McMAHON, Bar No. 178588<br>4     Deputy Attorney General<br>   1515 Clay Street, 20th Floor ● P.O. Box 70550<br>5  Oakland, California 94612-0550<br>   Telephone: (510) 622-2209<br>6  Facsimile:  (510) 622-2121 | Dated: July 7, 2006<br><br>**IT IS SO ORDERED**<br>*/s/ Maxine M. Chesney*<br>Judge Maxine M. Chesney |

7  Attorneys for Defendants *State of California,*
   *Business, Transportation and Housing Agency (each*
8  *acting by and through the) California Department of*
   *Motor Vehicles*

9

10                    UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

12  RUSS BOHLKE and ISC, INC.,                    CASE NO.C06-1667 MMC

13                              Plaintiffs,       **STIPULATED REQUEST TO**
                v.                                **CONTINUE INITIAL CASE**
14                                                **MANAGEMENT CONFERENCE AND**
                                                  **SUPPORTING DECLARATION**
15  STATE OF CALIFORNIA; BUSINESS,
    TRANSPORTATION AND HOUSING                    DATE:   July 28, 2006
16  AGENCY OF THE STATE OF                        TIME:   10:30 AM
    CALIFORNIA; DEPARTMENT OF MOTOR
17  VEHICLES OF THE STATE OF
    CALIFORNIA; and DOES 1-50, inclusive
18
                               Defendants.
19

20  / / /

28  / / /

---
STIPULATED REQUEST TO CONTINUE CMC                              CASE No. C06 1667 MMC

1

**REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Defendants, through their counsel, hereby request that the initial case management conference in this case be held on August 4, 2006. The initial case management conference is currently scheduled to take place July 28, 2006 at 10:30 AM. But defense counsel William McMahon will be out of town on a pre-arranged vacation from July 26 through August 1, 2006. All counsel herein have stipulated to continue the initial CMC for one week, to August 4, 2006.

Dated: July 6, 2006

BILL LOCKYER
Attorney General of the State of California

_____/S/_____
WILLIAM J. McMAHON
Deputy Attorney General
Attorneys for Defendants *State of California, Business, Transportation and Housing Agency (each acting by and through the) California Department of Motor Vehicles*

**DECLARATION IN SUPPORT OF REQUEST TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE.**

I, William McMahon, declare:

1. I am the deputy attorney general assigned to represent defendants herein. Currently the initial case management conference is scheduled for July 28, 2006. I will be out of town on a family vacation from July 26 through August 1, 2006. In response to my request, plaintiffs' counsel Timothy Thimesch has agreed to continue the initial CMC to August 4, 2006, and to permit defendants an additional fourteen days within which to file their response to the Second Amended Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed July 6, 2006, at Oakland, California.

_____/S/_____
William J. McMahon

STIPULATED REQUEST TO CONTINUE CMC                                   CASE No. C06 1667 MMC
2