IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____ / | No. C-06-1667 MMC<br><br>**ORDER DENYING DEFENDANTS' REQUEST FOR TELEPHONE CONFERENCE PURSUANT TO CIVIL LOCAL RULE 37-1(b)** |

    Before the Court is defendants' letter request, dated October 10, 2006, for a telephone conference pursuant to Civil Local Rule 37-1(b), to address certain discovery disputes. Rule 37-1(b) concerns disputes arising during a "discovery event." The disputes identified by defendants do not arise during a "discovery event," such as an ongoing deposition, and, consequently, are best addressed by ordinary motion practice.

    Accordingly, the request is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: October 11, 2006

                                         MAXINE M. CHESNEY
                                         United States District Judge