IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC., | No. C-06-1667 MMC |
| Plaintiffs, | **ORDER RE: OCTOBER 10, 2006 LETTER** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Before the Court is defendants' letter, dated October 10, 2006, seeking clarification of a deadline set at the August 4, 2006 case management conference. Specifically, defendants seek clarification as to whether plaintiffs were required to amend the complaint by September 8, 2006, and whether plaintiffs' failure to do so requires dismissal of certain claims.

The Court generally does not act on letter requests. Consequently, if defendants seek dismissal of any causes of action, they must do so by means of a motion noticed and filed in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of this district.

**IT IS SO ORDERED.**

Dated: October 11, 2006

MAXINE M. CHESNEY
United States District Judge