IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC., | No. C-06-1667 MMC |
| Plaintiffs, | **ORDER RE: OCTOBER 31, 2006 LETTER** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Before the Court is a letter from defendants, dated October 31, 2006. In said letter, defendants seek an extension of the deadline to complete a settlement conference before Magistrate Judge Edward M. Chen. Additionally, defendants argue that plaintiffs have failed to comply with the requirements of General Order 56.

As the Court has previously advised defendants, (see Docket No. 30), the Court generally does not act on letter requests. Consequently, if defendants seek relief from a previously-ordered deadline, or seek to compel plaintiffs to comply with the requirements of General Order 56, defendants must file a motion in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of this district.

**IT IS SO ORDERED.**

Dated: November 1, 2006

MAXINE M. CHESNEY
United States District Judge