| | |
|---|---|
| 1 | BILL LOCKYER, Attorney General<br>of the State of California |
| 2 | MIGUEL A. NERI<br>FIEL D. TIGNO |
| 3 |    Supervising Deputy Attorneys General<br>WILLIAM J. McMAHON, Bar No. 178588 |
| 4 |    Deputy Attorney General<br>1515 Clay Street, 20th Floor ● P.O. Box 70550 |
| 5 | Oakland, California 94612-0550<br>Telephone: (510) 622-2209 |
| 6 | Facsimile: (510) 622-2121 |
| 7 | Attorneys for Defendants *State of California,* |
| 8 | *Business, Transportation & Housing Agency, (both acting by and through the) Department of Motor* |
| 9 | *Vehicles* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | RUSS BOHLKE and ISC, INC., | CASE NO. C06-1667 MMC |
| 13 | Plaintiffs, | |
| 14 | v. | [PROPOSED]<br>**ORDER MODIFYING SETTLEMENT CONFERENCE COMPLETION DATE** |
| 15 | STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION AND HOUSING | |
| 16 | AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR | |
| 17 | VEHICLES OF THE STATE OF CALIFORNIA; and DOES 1-50, inclusive | |
| 18 | Defendants. | |

Before the Court is defendants' unopposed Motion for Administrative Relief (Docket No. 35) requesting a thirty day continuance of the settlement conference completion date.

The Court finds good cause exists, and the settlement conference completion date is hereby continued for thirty days, to January 31, 2007.

IT IS SO ORDERED.

Dated: November 8, 2006

                                  MAXINE M. CHESNEY<br>                                  United States District Judge