**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   RUSS BOHLKE,                          No. C 06-1667 MMC
10                  Plaintiff,            **ORDER CONTINUING CASE**
         v.                               **MANAGEMENT CONFERENCE**
11
    STATE OF CALIFORNIA, et al.,
12
                    Defendants.
13   _____/
14
15      In light of the continuance of the Settlement Conference to February 1, 2007, the
16   Case Management Conference presently scheduled for January 26, 2007 is hereby
17   CONTINUED to February 16, 2007.  A Joint Case Management Statement[1] shall be filed
18   no later than February 9, 2007.
19      **IT IS SO ORDERED.**
20
21   Dated: January 23, 2007
22                                        MAXINE M. CHESNEY
                                          United States District Judge
23
24
25
26
    _____
27      [1]The Court notes the Case Management Statement e-filed January 19, 2007 by
    defendant was not a joint statement, contrary to the Court's standing orders and order of
    August 4, 2006.  Additionally, defendant failed to comply with General Order 45, as well as
28   the Court's standing orders, in that defendant failed to submit a chambers copy of said e-
    filed document.  Lastly, the form of defendant's statement is not in conformity with the
    requirements of Civil Local Rules 3-4(a) and 3-4(c).