```
LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (No. 44215)
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597-3452
Tel: (925) 588-0401
Fax: (888) 210-8868

Attorneys for Plaintiffs
RUSS BOHLKE and ISC, INC.

WILLIAM MACMAHON, ESQ.
DEPUTY ATTORNEY GENERAL
      OF THE STATE OF CALIFORNIA
1515 Clay Street
Oakland, CA  94612
Tel: (510) 622-2100
Fax: (510) 622-2121

Attorney for Defendants STATE OF CALIFORNIA; BUSINESS,
TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA;  and
DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA; and DOES 1-50, Inclusive,<br><br>            Defendants.                / | CASE NO. C06-1667 MMC<br>Civil Rights<br>[CLASS ACTION]<br><br>**FIRST STIPULATION AND [Proposed] ORDER TO MODIFY TRIAL AND PRETRIAL DATES** |

## STIPULATION

The parties request an extension of approximately three months of all trial and pretrial dates and for completion of an initial Settlement Conference.

Good cause exists. Currently this case is scheduled for a

---

Thimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE, CA 94526
(925) 855-8235

**Stipulation and Order Modifying Trial and Pretrial Dates:**
**Case No. C06-1667 MMC**                                                    — 1 —

1  Settlement Conference before Magistrate Chen on February 1,
2  2007.  The parties presently do not feel the case is ready for
3  a meaningful discussion.  The issues in this case have proved
4  more difficult than originally anticipated.  While the parties
5  are working diligently at completing discovery and the
6  discussion necessary for cooperative resolution, a three month
7  extension is necessary to complete the process and prepare for
8  both settlement and trial.  The extra time will allow the
9  parties to pre-negotiate the unnecessary issues, and focus the
10 remaining issues for Magistrate Chen's assistance.

11     The parties have consulted the Magistrate's calendar
12 staff.  The earliest his calendar is available — and which the
13 parties will also be ready — is June 4, 2007.  This is the
14 first request for extension of the pretrial and trial dates.
15 It is reasonable and necessary.  Therefore, the parties ask for
16 a continuance of approximately 3 months of all dates as
17 follows:

18     Discovery Cutoff is extended from 2/2/07
19         to ............................... 5/4/07_____
20     Case Management is continued from 2/16/07
21         to ........................... 6/15/2007_____
22     Extend Time and Continue Initial Settlement Conference
23         before Magistrate Chen, to be conducted
24         on .......................... June 4, 2007_____
25     Simultaneous Naming of Experts is extended
26         from 2/23/07 to ................ 5/25/07_____
27     Simultaneous Naming of Rebuttal Experts is
28         extended from 3/9/07 to .......... 6/11/07_____

Ohimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE, CA 94526
(925) 855-8235

1    Expert Discovery Cutoff is extended
2        from 3/30/07 to .................. 7/2/07_____
3    Dispositive Motion Filing Deadline is continued
4        from 4/13/07 to ................. 7/13/07_____
5    Meet and Confer Deadline is continued
6        from 5/29/07 to ................ 8/31/07_____
7    Pretrial Conference Date is continued
8        from 7/3/07 to ........... 10/2/07 at 3PM_____
9    Jury Trial (6-8 days) is continued
10       from 7/16/07 to ........ 10/15/07 at 9AM_____
11   SO STIPULATED.
12
13   Dated: January 30, 2007    Thimesch Law Offices
                                TIMOTHY S. THIMESCH
14
15
16                              //Signature Authorized//_____
                                Attorneys for Plaintiffs
17                              RUSS BOHLKE and ISC, INC.
18   Dated: January 30, 2007    WILLIAM MCMAHON, ESQ.
                                DEPUTY ATTORNEY GENERAL OF
19                                  STATE OF CALIFORNIA
20
21
                                //Signature Authorized//_____
22                              Attorneys for Defendants
                                STATE OF CALIFORNIA; BUSINESS,
23                              TRANSPORTATION & HOUSING AGENCY OF
                                THE STATE OF CALIFORNIA; DEPARTMENT
24                              OF MOTOR VEHICLES OF THE STATE OF
                                CALIFORNIA
25
26   ////
27
28

Thimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE, CA 94526
(925) 855-8235

**Stipulation and Order Modifying Trial and Pretrial Dates:**
**Case No. C06-1667 MMC**                                — 3 —

1 **ORDER**

2 SO ORDERED. _____

3 _____

4 _____.

5

6 Dated: __January 31, 2007__    _/s/ Maxine M. Chesney_____

7                                 HON. MAXINE M. CHESNEY
                                  U.S. DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ohimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE, CA 94526
(925) 855-8235

**Stipulation and Order Modifying Trial and Pretrial Dates:**
**Case No. C06-1667 MMC**                — 4 —