IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC., | No. C-06-1667 MMC |
| Plaintiffs, | **ORDER DENYING STIPULATION TO MODIFY TRIAL AND PRETRIAL DATES** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Before the Court is the parties' stipulation and order to modify trial and pretrial dates, filed May 30, 2007. To the extent the parties seek a continuance of the June 4, 2007 settlement conference before Magistrate Judge Edward M. Chen, the motion is hereby DENIED, and the parties shall appear as previously scheduled.  To the extent the parties otherwise seek an extension of the pretrial and trial dates, the motion is hereby DENIED without prejudice to the parties' making a more detailed showing of the need therefore.

**IT IS SO ORDERED.**

Dated: June 1, 2007

MAXINE M. CHESNEY
United States District Judge