UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE, *et al.*, | No. C-06-1667 MMC (EMC) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| STATE OF CALIFORNIA, *et al.*, | **(Docket No. 47)** |
| Defendants. _____/ | |

By letter dated June 1, 2007, ROSEMARIE RUGGIERI, senior staff counsel for Defendant DMV, thru its counsel William McMahon, California Attorney General's Office, requested to be excused from personally appearing at the settlement conference scheduled for June 4, 2007.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that ROSEMARIE RUGGIERI be available by telephone from 10:00 a.m. Pacific Time until further notice on June 4, 2007.

If the Court concludes that the absence of ROSEMARIE RUGGIERI is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including ROSEMARIE RUGGIERI.

This order disposes of Docket No. 47.

IT IS SO ORDERED.

Dated: June 1, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge