```
LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (No. 44215)
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597-3452
Tel: (925) 588-0401
Fax: (888) 210-8868

Attorneys for Plaintiffs
RUSS BOHLKE and ISC, INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA; and DOES 1-50, Inclusive,<br><br>    Defendants.         / | CASE NO. C06-1667 MMC<br>Civil Rights<br>[CLASS ACTION]<br><br>[Proposed] **ORDER MODIFYING TRIAL AND PRETRIAL DATES** |

**ORDER**

The Court having heard the parties at the hearing on June 15, 2007, and good cause having been shown,

Hereby modifies the trial and pretrial deadlines in the case as follows:

Discovery Cutoff is enlarged and extended
    from 5/4/07 to .................... 8/6/07_____

Expert Discovery Cutoff is extended
    from 7/2/07 to .................... 10/2/07_____

**Order Modifying Trial and Pretrial Dates: Case No. C06-1667 MMC**

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

— 1 —

1  Dispositive Motion Filing Deadline is continued
2      from 7/13/07 to ................ 10/12/07_____
3  Meet and Confer Deadline is continued
4      from 8/31/07 to ............... 11/30/07_____
5  Pretrial Conference Date is continued
6      from 10/2/07 to ........... 1/8/08 at 3PM_____
7  Jury Trial (6-8 days) is continued
8      from 10/15/07 to ........ 1/14/08 at 9AM_____

10  Approved as to Form:

11  Dated: June 16, 2007

12  WILLIAM MCMAHON, ESQ.
    DEPUTY ATTORNEY GENERAL OF
13  STATE OF CALIFORNIA

14  //Signature Authorized//_____
    Attorneys for Defendants
15  STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING
    AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR
16  VEHICLES OF THE STATE OF CALIFORNIA

18  SO ORDERED. _____
19  _____
20  _____.

22  Dated: __June 19, 2007____     _____
                                   HON. MAXINE M. CHESNEY
23                                 U.S. DISTRICT JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Order Modifying Trial and Pretrial Dates:**     — 2 —
**Case No. C06-1667 MMC**