IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC., | No. C-06-1667 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO MODIFY TRIAL AND PRETRIAL DATES** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Modify Trial and Pretrial Dates, filed October 12, 2007. The Court having considered the parties' stipulation, and good cause for a limited extension of the dispositive motion filing deadline having been shown, the stipulation is GRANTED in part and said deadline is continued from October 12, 2007 to November 2, 2007. In all other respects, the stipulation is DENIED.

**IT IS SO ORDERED.**

Dated: October 22, 2007

MAXINE M. CHESNEY
United States District Judge