```
LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (No. 44215)
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597-3452
Tel: (925) 588-0401
Fax: (888) 210-8868

Attorneys for Plaintiffs
RUSS BOHLKE and ISC, INC.

WILLIAM MACMAHON, ESQ.
DEPUTY ATTORNEY GENERAL
     OF THE STATE OF CALIFORNIA
1515 Clay Street
Oakland, CA  94612
Tel: (510) 622-2100
Fax: (510) 622-2121

Attorney for Defendants STATE OF CALIFORNIA; BUSINESS,
TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; and
DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA; and DOES 1-50, Inclusive,<br><br>            Defendants.<br>_____ / | CASE NO. C06-1667 MMC<br>Civil Rights<br>[CLASS ACTION]<br><br>**FOURTH STIPULATION AND ORDER TO MODIFY TRIAL AND PRETRIAL DATES** |

### STIPULATION

In accordance with Honorable Edward M. Chen's communications directly with the Court on October 26, 2007 regarding the ongoing settlement efforts, the parties hereby stipulate and request a one week extension of time to file

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Fourth Stipulation and Order Modifying Trial and Pretrial Dates:**
**Case No. C06-1667 MMC**

— 1 —

1  dispositive motions through November 9, 2007.

2

3  Dated: November 5, 2007    Thimesch Law Offices
                              TIMOTHY S. THIMESCH
4

5

6                             //Signature Authorized//
                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                              Attorneys for Plaintiffs
7                             RUSS BOHLKE and ISC, INC.

8  Dated: November 5, 2007    WILLIAM MCMAHON, ESQ.
                              DEPUTY ATTORNEY GENERAL OF
9                                  STATE OF CALIFORNIA

10

11

12                            //Signature Authorized//
                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                              Attorneys for Defendants
                              STATE OF CALIFORNIA; BUSINESS,
13                            TRANSPORTATION & HOUSING AGENCY OF
                              THE STATE OF CALIFORNIA; DEPARTMENT
14                            OF MOTOR VEHICLES OF THE STATE OF
                              CALIFORNIA
15

16                                    **ORDER**

17  SO ORDERED.

18

19  Dated: November 5, 2007    [signature]
                              HON. MAXINE M. CHESNEY
20                            U.S. DISTRICT JUDGE

21

22

23

24

25

26

27

28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Second Stipulation and Order Modifying Trial and Pretrial Dates: Case No. C06-1667 MMC**                — 2 —