```
LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (No. 44215)
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597-3452
Tel: (925) 588-0401
Fax: (888) 210-8868

Attorneys for Plaintiffs
RUSS BOHLKE and ISC, INC.

WILLIAM MACMAHON, ESQ.
DEPUTY ATTORNEY GENERAL
     OF THE STATE OF CALIFORNIA
1515 Clay Street
Oakland, CA  94612
Tel: (510) 622-2100
Fax: (510) 622-2121

Attorney for Defendants STATE OF CALIFORNIA; BUSINESS,
TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; and
DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC.,<br><br>           Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA; and DOES 1-50, Inclusive,<br><br>           Defendants.<br>_____ / | CASE NO. C06-1667 MMC<br>Civil Rights<br>[CLASS ACTION]<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION AND REPLY PAPERS RE CROSS MOTIONS FOR SUMMARY JUDGMENT** |

### STIPULATION

In order to accommodate the limited availability of witnesses during the Thanksgiving week holiday for completing evidentiary declarations, and also to facilitate counsels'

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Order Modifying Deadlines for Opposition and Reply Briefs re Motions for Summary Judgment: Case No. C06-1667 MMC**    — 1 —

1  personal holiday schedules, the parties hereby request a short
2  extension of the deadline for opposition briefs regarding
3  pending cross motions for summary judgment from Friday,
4  November 23, 2007 to Tuesday, November 27, 2007; and that the
5  deadline for optional reply briefs be extended from Friday,
6  November 30, 2007 to Monday, December 3, 2007.
7      SO STIPULATED.
8  Dated: November 20, 2007  THIMESCH LAW OFFICES
                              TIMOTHY S. THIMESCH
9
10
11                            //Signature Authorized//
                              Attorneys for Plaintiffs
12                            RUSS BOHLKE and ISC, INC.
13 Dated: November 20, 2007  WILLIAM MCMAHON, ESQ.
                              DEPUTY ATTORNEY GENERAL OF
14                                STATE OF CALIFORNIA
15
16
17                            //Signature Authorized//
                              Attorneys for Defendants
                              STATE OF CALIFORNIA; BUSINESS,
18                            TRANSPORTATION & HOUSING AGENCY OF
                              THE STATE OF CALIFORNIA; DEPARTMENT
19                            OF MOTOR VEHICLES OF THE STATE OF
                              CALIFORNIA
20
21                            **ORDER**
22 SO ORDERED.
23
24 Dated: November 21, 2007   _____
                              HON. MAXINE M. CHESNEY
25                            U.S. DISTRICT JUDGE
26
27
28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation and Order Modifying Deadlines for Opposition and Reply Briefs re Motions for Summary Judgment: Case No. C06-1667 MMC**     — 2 —