IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC., | No. C-06-1667 MMC |
| Plaintiffs, | **ORDER RE: OBJECTIONS TO EVIDENCE** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Before the Court are plaintiffs' objections to evidence offered by defendants in connection with the parties' cross-motions for summary judgment. Plaintiffs assert, <u>inter alia</u>, that "[n]one of the exhibits to Mr. McMahon's declaration have been authenticated." (<u>See</u> Pls.' Objs. at 5:9-10.)

Because defendants' motion is supported in great part by said documents, defendants will be offered an opportunity to respond to, and/or cure the deficiency raised by, plaintiffs' objections.

Defendants' response shall be filed no later than December 21, 2007.

**IT IS SO ORDERED.**

Dated: December 14, 2007

MAXINE M. CHESNEY
United States District Judge