LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (No. 44215)
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597-3452
Tel: (925) 588-0401
Fax: (888) 210-8868

Attorneys for Plaintiffs
RUSS BOHLKE and ISC, INC.

WILLIAM MACMAHON, ESQ.
DEPUTY ATTORNEY GENERAL
     OF THE STATE OF CALIFORNIA
1515 Clay Street
Oakland, CA  94612
Tel: (510) 622-2100
Fax: (510) 622-2121

Attorney for Defendants STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA;  and DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA; and DOES 1-50, Inclusive,<br><br>Defendants.<br>_____ / | CASE NO. C06-1667 MMC<br>Civil Rights<br>[CLASS ACTION]<br><br>**STIPULATION AND [Proposed] ORDER TO EXTEND DEADLINE TO JOINT PRETRIAL DOCUMENTS** |

## **STIPULATION**

The Final Pretrial Conference in this case is scheduled for January 8, 2008. Because of the intervening court holidays, the calculated deadline for filing Joint Pretrial Papers falls earlier than normal. So that the parties may do

**Stipulation to Extend Deadline to File Joint Pretrial Documents: Case No. C06-1667 MMC** — 1 —

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

an adequate job in completing their unfinished instructions, witness and exhibit lists, etc., they request and would appreciate if the Court extended the deadline through Monday, December 24, 2007.

SO STIPULATED.

Dated: December 20, 2007 THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH

//Signature Authorized//
Attorneys for Plaintiffs
RUSS BOHLKE and ISC, INC.

Dated: December 20, 2007 WILLIAM MCMAHON, ESQ.
DEPUTY ATTORNEY GENERAL OF
STATE OF CALIFORNIA

//Signature Authorized//
Attorneys for Defendants
STATE OF CALIFORNIA; BUSINESS,
TRANSPORTATION & HOUSING AGENCY OF
THE STATE OF CALIFORNIA; DEPARTMENT
OF MOTOR VEHICLES OF THE STATE OF
CALIFORNIA

**ORDER**

SO ORDERED. _____

_____

_____.

Dated: December 27, 2007    _____
HON. MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation to Extend Deadline to File Joint Pretrial Documents:**
**Case No. C06-1667 MMC**
— 2 —