IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSS BOHLKE and ISC, INC.,

    Plaintiffs,

  v.

STATE OF CALIFORNIA, et al.,

    Defendants.

No. C-06-1667 MMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DENYING PLAINTIFF BOHLKE'S MOTION FOR SUMMARY JUDGMENT; DISMISSING STATE LAW CLAIMS**

Before the Court is defendants' motion, filed November 9, 2007, for summary judgment or partial summary adjudication, and plaintiff Russ Bohlke's ("Bohlke") motion, filed November 9, 2007, for partial summary judgment and a permanent injunction. Having been fully briefed, the matters came on for hearing on December 28, 2007. Timothy Thimesch and Gene Farber appeared on behalf of plaintiffs. William McMahon and Jennifer Perkell appeared on behalf of defendants.

Having considered the papers filed in support of and in opposition to the motions, as well as the arguments of counsel, and for the reasons stated on the record at the hearing, the Court rules as follows:

1. With respect to plaintiffs' First and Second Causes of Action, defendants' motion is hereby DENIED to the extent such causes of action are based on plaintiffs' claim that defendants' administration of Bohlke's eye examination violated his right to access

1 defendants' programs, and in all other respects, defendants' motion as to plaintiffs' federal claims is hereby GRANTED.

2. With respect to plaintiffs' Third through Eighth Causes of Action, in light of the single remaining federal claim, which is based on a limited number of facts, and entails no complex legal issues, the Court declines to exercise supplemental jurisdiction over said state law claims and finds that the factual and legal issues presented thereby "substantially predominate over the claim . . . over which the district court has original jurisdiction." See 28 U.S.C. § 1367(c)(2). Accordingly, plaintiffs' Third through Eighth Causes of Action are hereby DISMISSED without prejudice to plaintiffs' refiling said claims in state court, and defendants' motion to dismiss said claims on their merits is hereby DENIED as moot.

3. Bohlke's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: December 28, 2007

MAXINE M. CHESNEY
United States District Judge