UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE, *et al.*, | No. C-06-1667 MMC (EMC) |
| Plaintiffs, | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| STATE OF CALIFORNIA, *et al.*, | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 11, 2008, at 2:30 p.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Defendant representative Rose Marie Ruggieri, or someone similarly situated, shall attend in person with **full settlement authority**. A person who needs to call another person not present before agreeing to any settlement does not have **full authority**. **Full authority means authority to accept the last demand or counter-offer by the other party**. If a party is a governmental entity, its governing body shall designate one of its members or a senior executive to appear at the settlement conference with authority to participate in the settlement conference and, if a tentative settlement agreement is reached, to recommend the agreement to the governmental entity for its approval.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: January 4, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge