1  BILL LOCKYER, Attorney General
   of the State of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3    Supervising Deputy Attorneys General
   WILLIAM J. McMAHON, Bar No. 178588
4    Deputy Attorney General
   JENNIFER G. PERKELL, Bar No. 203205
5    Deputy Attorney General
   1515 Clay Street, 20th Floor ● P.O. Box 70550
6  Oakland, California 94612-0550
   Telephone: (510) 622-2209
7  Facsimile:  (510) 622-2121

8  Attorneys for Defendants *State of California,
   Business, Transportation & Housing Agency, (both
9  acting by and through the) Department of Motor
   Vehicles*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSS BOHLKE and ISC, INC., <br><br>                    Plaintiffs, <br> v. <br><br> STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION AND HOUSING AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA; and DOES 1-50, inclusive <br><br>                    Defendants. | CASE NO.C06-1667 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE** <br><br> Hon. Maxine M. Chesney <br> Trial: January 14, 2008 <br> Dept.: Courtroom 7 (19th floor) <br> Time: 9:00 a.m. |

### **STIPULATION**

The parties, through their counsel of record, hereby stipulate and request an order that the pretrial conference, currently scheduled for January 8, 2008, at 3:00 p.m., be continued to January 14, 2008, at 9:00 a.m. so as to permit the parties to engage in further settlement

///

///

---

STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE    No. C06 1667 MMC

discussions, and possibly resolve this case, at the settlement conference set for January 11, 2008, before Judge Chen.

Dated: January 7, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

_____/s/_____
WILLIAM J. McMAHON
  Deputy Attorney General
Attorneys for Defendants *State of California, Business, Transportation & Housing Agency, (both acting by and through the) Department of Motor Vehicles*

Dated: January 7, 2008

LAW OFFICES OF GENE FARBER
Gene Farber

_____/s/_____
Attorneys for Plaintiffs
RUSS BOHLKE and ISC, Inc.

IT IS SO ORDERED.

January _7_, 2008

_____
MAXINE M. CHESNEY
United States District Judge