LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (No. 44215)
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597-3452
Tel: (925) 588-0401
Fax: (888) 210-8868

Attorneys for Plaintiffs
RUSS BOHLKE and ISC, INC.

WILLIAM MACMAHON, ESQ.
DEPUTY ATTORNEY GENERAL
         OF THE STATE OF CALIFORNIA
1515 Clay Street
Oakland, CA 94612
Tel: (510) 622-2100
Fax: (510) 622-2121

Attorney for Defendants STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; and DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOHLKE and ISC, INC. | CASE NO. C06-1667 MMC |
| | Civil Rights |
| Plaintiffs, | |
| v. | **STIPULATED REQUEST FOR DISMISSAL, AND [Proposed] ORDER OF JUDGMENT** |
| STATE OF CALIFORNIA; BUSINESS, TRANSPORTATION & HOUSING AGENCY OF THE STATE OF CALIFORNIA; DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA; and DOES 1-50, Inclusive, | [FRCP Rule 41(a)(2)] |
| Defendants. | |

The Court having granted summary judgment to the defense on the federal claims except for the claim based on defendants' administration of the eye examination, and having dismissed the state-claims without prejudice (28 USC 1367(c)(2)), plaintiff hereby requests dismissal under

////

---

**Stipulated Request for Dismissal; and Order of Judgment:**
**Case No. C06-1667 MMC**

FRCP Rule 41(a)(2)] of the one remaining federal claim related to the exam with prejudice.

SO STIPULATED.

Dated: January 11, 2008         THIMESCH LAW OFFICES
                                TIMOTHY S. THIMESCH, ESQ.


                                /S/ Signature Authorized
                                Attorneys for Plaintiffs
                                RUSS BOHLKE and ISC, INC.

Dated: January 11, 2008         WILLIAM MCMAHON, ESQ.
                                DEPUTY ATTORNEY GENERAL OF
                                    STATE OF CALIFORNIA


                                //Signature Authorized//
                                Attorneys for Defendants
                                STATE OF CALIFORNIA; BUSINESS,
                                TRANSPORTATION & HOUSING AGENCY
                                OF THE STATE OF CALIFORNIA;
                                DEPARTMENT OF MOTOR VEHICLES OF
                                THE STATE OF CALIFORNIA

## ORDER ~~& JUDGMENT~~

SO ORDERED, and the Court hereby ~~enters judgment for the defense.~~ directs the Clerk of the Court to enter judgment in favor of defendants. _____ _____ _____ .

Dated: January 11, 2008

HON. MAXINE M. CHESNEY
Judge of U.S. District Court

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulated Request for Dismissal; and Order of Judgment:**
**Case No. C06-1667 MMC**

— 2 —